AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Julio Cesar Luna, Braulio Manuel Nunez, Mariano Nunez Concepcion, Fredy Acosta, Linder Riveros, Luis Carlos Bonillo Angulo, Katherine Mina, and Richard Abreu Duran, on behalf of themselves and all other persons similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> LB Environment Cleaning Solutions, Inc. d/b/a Lola's Cleaning Service, Edwin Bermudez, and Indhira Ortega <br><br> *Defendant(s)* | Civil Action No. 1:25-cv-07393 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   (1) defendant LB Environment Cleaning Solutions, Inc. d/b/a Lola's Cleaning Service: 150 W. 225th Street, #6A, Bronx, New York 10463.

(2) defendant Edwin Bermudez: 150 W. 225th Street, #6A, Bronx, New York 10463.

(3) defendant Indhira Ortega: 150 W. 225th Street, #6A, Bronx, New York 10463.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
THE SAMUEL LAW FIRM
Michael Samuel, Esq. (MS 7997)
1441 Broadway, Suite 6085
New York, NY 10018
Tel. (212) 563-9884

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/08/2025                                                                /S/ V. BRAHIMI
                                                                               *Signature of Clerk or Deputy Clerk*

Civil Action No. 1:25-cv-07393

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: