UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JULIO CESAR LUNA, et al.,

               Plaintiffs,

       -against-

LB ENVIRONMENT CLEANING
SOLUTIONS, INC., et al.,

              Defendants.

-----------------------------------------------------------------X

25-CV-7393 (VSB) (VF)

**ORDER SCHEDULING
DISCOVERY CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A telephonic discovery conference to address the issues raised at ECF No. 32 is scheduled for **Thursday, February 12, 2026 at 1 p.m.** Counsel for the parties are directed to call Judge Figueredo's conference line at the scheduled time. Please dial **(646) 453-4442**, passcode [**803 424 76#**].

      **SO ORDERED.**

DATED:    New York, New York
            January 27, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge