UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JULIO CESAR LUNA, et al.,

        Plaintiffs,       25-CV-7393 (VSB) (VF)

    -against-           **CASE MANAGEMENT**
                    **ORDER**

LB ENVIRONMENT CLEANING
SOLUTIONS, INC., et al.,

        Defendants.

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

As discussed during the conference held on February 12, 2026, the Court hereby enters the following case management plan:

1. Plaintiffs are directed to disclose the information required by Rule 26(a)(1) of the Federal Rules of Civil Procedure on **February 27, 2026**. On or before **March 31, 2026**, Plaintiffs will produce an initial set of relevant documents identified in their Initial Disclosures and continue to supplement their production.

2. Defendants are directed to disclose the information required by Rule 26(a)(1) of the Federal Rules of Civil Procedure on **February 27, 2026**. On or before **March 31, 2026**, Defendants will produce an initial set of relevant documents identified in their Initial Disclosures and continue to supplement their production.

3. All fact discovery must be completed by **June 15, 2026**. Within one week of the close of fact discovery, or **June 22, 2026**, the parties must file a joint letter on the docket certifying that fact discovery is complete.

  a. Depositions shall be completed by **June 12, 2026**.

b.  Initial sets of interrogatories shall be served on or before **March 31, 2026**. All subsequent interrogatories must be served no later than 30 days before the fact discovery deadline.

c.  Requests for admission must be served on or before **May 1, 2026**, and in any event no later than 30 days before the fact discovery deadline.

d.  Initial requests for production will be exchanged on **March 6, 2026**, and responses shall be due on **April 6, 2026**. All subsequent requests for production must be served no later than 30 days before the close of fact discovery.

e.  Supplementations under Rule 26(e) must be made within a reasonable period of time after discovery of such information, and in any event, no later than the fact discovery deadline.

4.  The last date to amend any pleading pursuant to Fed. R. Civ. P. 15(a) is **March 16, 2026**. Amendment of pleadings after this date will only be permitted upon a showing of "good cause" under Fed. R. Civ. P. 16(b)(4).

5.  Expert discovery shall be completed by **August 14, 2026**. Within one week of the close of expert discovery, that is, **August 21, 2026**, the parties must file a joint letter on the docket certifying that all discovery is complete. This letter should also state which dispositive motions, if any, each party intends to file.

6.  If an ESI discovery protocol is necessary, the parties shall have one in place by **March 6, 2026**.

The parties are reminded that they are free to engage in mediation or request a settlement conference at any time.

The Clerk of the Court is respectfully directed to close the motion at ECF No. 32.

**SO ORDERED.**

DATED:    New York, New York
           February 13, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge