UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JULIO CESAR LUNA, et al.,

                    Plaintiffs,                  25-CV-7393 (VSB) (VF)

        -against-                    **ORDER**

LB ENVIRONMENT CLEANING
SOLUTIONS, INC., et al.,

                    Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The mediator reported on April 1, 2026 that the court-ordered mediation in this case was not held because one or both parties failed, refused to attend, or refused to participate in the mediation. See ECF No. 42. The parties are directed to provide a status update by **April 17, 2026** and explain why the mediation was not held.

      **SO ORDERED.**

DATED:    New York, New York
          April 2, 2026

                                  _____
                                  VALERIE FIGUEREDO
                                  United States Magistrate Judge