UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JULIO CESAR LUNA, et al.,

                Plaintiffs,

-against-

LB ENVIRONMENT CLEANING
SOLUTIONS, INC., et al.,

                Defendants.

-----------------------------------------------------------------X

25-CV-7393 (VSB) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to file a joint status update on the case by **June 10, 2026.**

    **SO ORDERED.**

DATED:    New York, New York
            June 4, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge