UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

JULIO CESAR LUNA, et al.,

Plaintiffs,

-against-

LB ENVIRONMENT CLEANING SOLUTIONS, INC., et al.,

Defendants.

---------------------------------------------------------------X

25-CV-7393 (VSB) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

In the proposed case management plan, Plaintiff requested leave to file an amended complaint with an additional claim, which certain Defendants opposed. See ECF No. 53 at 7. In ordering the case management plan, the Court directed Plaintiff to file a motion to amend by July 17, 2026. ECF No. 55 at 8. No such motion was filed.

If Plaintiff still intends add a claim, Plaintiff is directed to file its motion to amend by **August 14, 2026**. Defendants' opposition is due **August 28, 2026**. Plaintiff's reply, if any, is due **September 9, 2026**.

**SO ORDERED.**

DATED: New York, New York
July 29, 2026

VALERIE FIGUEREDO
United States Magistrate Judge