UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JULIO CESAR LUNA, et al.,

Plaintiffs,

25-CV-7393 (VSB) (VF)

-against-

**ORDER**

LB ENVIRONMENT CLEANING SOLUTIONS, INC., et al.,

Defendants.

----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to provide a joint status update in this case by **September 11, 2026**.

In the proposed case management plan, Plaintiff requested leave to file an amended complaint with an additional claim, which certain Defendants opposed. See ECF No. 53 at 7. The Court previously directed Plaintiff to file a motion to amend, which Plaintiff has not done. ECF Nos. 55, 56. Plaintiff is directed to indicate whether he will be filing an amended complaint in the status update.

**SO ORDERED.**

DATED: New York, New York
August 31, 2026

VALERIE FIGUEREDO
United States Magistrate Judge