UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

JULIO CESAR LUNA, et al.,

Plaintiffs,

25-CV-7393 (VSB) (VF)

-against-

**ORDER**

LB ENVIRONMENT CLEANING SOLUTIONS, INC., et al.,

Defendants.

---------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Plaintiffs have failed to respond to the Court's various orders in this case since July 6, 2026. See ECF Nos. 55, 56, 58. The parties are directed to provide a joint status update on the case by **September 30, 2026**.

Plaintiffs are hereby warned that **FAILURE TO RESPOND TO COURT ORDERS OR OTHERWISE PARTICIPATE IN THIS ACTION MAY RESULT IN A RECOMMENDATION OF DISMISSAL OF THE CASE.**

**SO ORDERED.**

DATED: New York, New York
September 16, 2026

VALERIE FIGUEREDO
United States Magistrate Judge